**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00124-LTB-CBS

ELLY W. REWETA,
         Plaintiff,

v.

VALUE PLASTICS INC.,
         Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motin to Dismiss With Prejudice (Doc 10 - filed September 8, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: September   19  , 2005